PILLSBURY WINTHROP SHAW PITTMAN LLP
MARK D. LITVACK (SBN 183652)
mark.litvack@pillsburylaw.com
JEFFREY D. WEXLER (SBN 132256)
jeffrey.wexler@pillsburylaw.com
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone:       213.488.7100
Facsimile:        213.629.1033

Attorneys for Defendant AS AMERICA, INC. d/b/a
AMERICAN STANDARD BRANDS

FINKELSTEIN & KRINSK LLP
JOHN J. NELSON (SBN 317598)
jjn@classactionlaw.com
501 West Broadway, Ste. 1260
San Diego, CA  92101
Telephone:       619.238.1333
Facsimile:        619.238-5425

Attorneys for Plaintiff ROBERT WEISS
and the Putative Class

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WEISS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AS AMERICA, INC. d/b/a AMERICAN STANDARD BRANDS, a Delaware corporation,<br><br>Defendant. | Case No. 3:21-cv-06354-JCS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT AS AMERICA, INC. d/b/a AMERICAN STANDARD BRANDS TO RESPOND TO COMPLAINT [Local Rule 6-1(a)]**<br><br>Complaint Served:  September 1, 2021<br>Current Response Date:  September 22, 2021<br>New Response Date: October 22, 2021 |

WHEREAS, on September 1, 2021, plaintiff Robert Weiss ("Plaintiff") served the summons and Complaint on defendant AS America, Inc. d/b/a American Standard Brands ("American Standard"), through its registered agent for service of process;

WHEREAS, the current deadline for American Standard to answer or otherwise respond to the Complaint is September 22, 2021;

WHEREAS, American Standard has requested, and Plaintiff has agreed to, a 30-day extension of time, until October 22, 2021, for American Standard to answer or otherwise respond to the Complaint; and

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by Court order;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective attorneys that, pursuant to Local Rule 6.1(a), the time by which American Standard may answer or otherwise respond to Plaintiff's Complaint shall be extended to and including October 22, 2021.

Dated:  September 22, 2021

MARK D. LITVACK
JEFFREY D. WEXLER
PILLSBURY WINTHROP SHAW PITTMAN LLP

By:   /s/ Mark D. Litvack
MARK D. LITVACK, Attorneys for Defendant AS AMERICA, INC. d/b/a AMERICAN STANDARD BRANDS

FINKELSTEIN & KRINSK LLP
JOHN J. NELSON

By:   /s/ John J. Nelson
JOHN J. NELSON, Attorneys for Plaintiff ROBERT WEISS and the Putative Class

1  Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the
2  filing of this document has been obtained from John J. Nelson, counsel for plaintiff Robert Weiss
3  and the Putative Class.

                                        /s/ Mark D. Litvack
                                   Mark D. Litvack