FINKELSTEIN & KRINSK LLP
JEFFREY R. KRINSK (SBN 109234)
jjn@classactionlaw.com
501 West Broadway, Ste. 1260
San Diego, CA  92101
Telephone:        619.238.1333
Facsimile:         619.238.5425

Attorneys for Plaintiff ROBERT WEISS
and the Putative Class

PILLSBURY WINTHROP SHAW
 PITTMAN LLP
MARK D. LITVACK (SBN 183652)
mark.litvack@pillsburylaw.com
JEFFREY D. WEXLER (SBN 132256)
jeffrey.wexler@pillsburylaw.com
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone:        213.488.7100
Facsimile:         213.629.1033

Attorneys for Defendant AS AMERICA, INC. d/b/a
AMERICAN STANDARD BRANDS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WEISS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AS AMERICA, INC. d/b/a AMERICAN STANDARD BRANDS, a Delaware corporation,<br><br>Defendant. | Case No. 3:21-cv-06354-JCS<br><br>**FURTHER CASE MANAGEMENT CONFERENCE STATEMENT AND NOTICE OF SETTLEMENT**<br><br>Date:   June 17, 2022<br>Time:   2:00 p.m.<br>Judge:  Hon. Joseph C. Spero<br>Place:   Via Zoom webinar |

Pursuant to the Court's Order dated January 18, 2022 [Dkt. 27] and the Clerk's May 6, 2022 Notice Continuing Further Case Management Conference and Setting Zoom Hearing [Dkt. 31], Plaintiff Robert Weiss and Defendant AS America, Inc. d/b/a American Standard Brands respectfully provide this Updated Case Management Statement.

Since the parties filed their Further Case Management Conference Statement [Dkt. 30] on May 5, 2022, the parties have now agreed upon the terms of Settlement Agreement, thereby concluding this litigation on an individual basis. The parties intend to promptly file a Joint Stipulation of Dismissal With Prejudice prior to the end of June 2022.

While the parties are available to appear at the Further Case Management Conference scheduled for June 17, 2022, the parties suggest the Court instead continue the Further Case Management Conference until mid-July 2022 in expectation of the anticipated filing of the Joint Stipulation of Dismissal with Prejudice.

Dated:  June 1, 2022

Respectfully submitted,

FINKELSTEIN & KRINSK LLP

   /s/  Jeffrey R. Krinsk
JEFFREY R. KRINSK,
Attorneys for Plaintiff ROBERT WEISS and the Putative Class

PILLSBURY WINTHROP SHAW PITTMAN LLP

   /s/ Mark D. Litvack
MARK D. LITVACK,
Attorneys for Defendant AS AMERICA, INC. d/b/a AMERICAN STANDARD BRANDS

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Local Rule 5-1(i)(3), I, Mark D. Litvack, attest that the above signatories have read and approved the foregoing and consent to its filing in this action.

   /s/ Mark D. Litvack
Mark D. Litvack