FINKELSTEIN & KRINSK LLP
JEFFREY R. KRINSK (SBN 109234)
jrk@classactionlaw.com
501 West Broadway, Ste. 1260
San Diego, CA 92101
Telephone:     619.238.1333
Facsimile:      619.238.5425

Attorneys for Plaintiff ROBERT WEISS
and the Putative Class

PILLSBURY WINTHROP SHAW PITTMAN LLP
MARK D. LITVACK (SBN 183652)
mark.litvack@pillsburylaw.com
JEFFREY D. WEXLER (SBN 132256)
jeffrey.wexler@pillsburylaw.com
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone:     213.488.7100
Facsimile:      213.629.1033

Attorneys for Defendant AS AMERICA, INC. d/b/a
AMERICAN STANDARD BRANDS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT WEISS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AS AMERICA, INC. d/b/a AMERICAN STANDARD BRANDS, a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 3:21-cv-06354-JCS<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE;** [PROPOSED] **ORDER** |

Plaintiff Robert Weiss and defendant AS America, Inc., d/b/a American Standard Brands, hereby stipulate as follows:

    (1)    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this lawsuit may be dismissed with prejudice; and

    (2)    each party shall bear his or its own attorneys' fees, costs, and expenses.

Dated: June 29, 2022

FINKELSTEIN & KRINSK LLP
JEFFREY R. KRINSK

By:   /s/ Jeffrey R. Krinsk
JEFFREY R. KRINSK, Attorneys for Plaintiff ROBERT WEISS and the Putative Class

Dated: June 29, 2022

MARK D. LITVACK
JEFFREY D. WEXLER
PILLSBURY WINTHROP SHAW PITTMAN LLP

By:   /s/ Mark D. Litvack
MARK D. LITVACK, Attorneys for Defendant AS AMERICA, INC. d/b/a AMERICAN STANDARD BRANDS

**PURSUANT TO STIPULATION, IT IS ORDERED** as follows:

    (1)    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this lawsuit is hereby dismissed with prejudice; and

    (2)    each party shall bear his or its own attorneys' fees, costs, and expenses.

Dated: June 30, 2022

The Honorable Joseph C. Spero
United States Magistrate Judge

**ATTESTATION FOR SIGNATURE**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeffrey R. Krinsk, counsel for defendant AS America Inc., d/b/a American Standard Brands.

Dated:  June 29, 2022                             /s/ Mark D. Litvack
                                                                   Mark D. Litvack